Cyril KOLOCOTRONIS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 53046.

Missouri Court of Appeals,
Western District.

July 15, 1997.

Margaret M. Johnston, Fulton, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Loren T. Israel, Assistant Attorney General, Kansas City, for respondent.

Before LAURA DENVIR STITH, P.J.,
and BRECKENRIDGE and HANNA, JJ.

### ORDER

PER CURIAM:

Appellant Cyril Kolocotronis appeals the court below's denial of his application for conditional release from Fulton State Hospital. We have reviewed the briefs of the parties and the record on appeal and find no reversible error. Because a published opinion would have no precedential value, we affirm by this summary order and have furnished the parties with a memorandum setting forth our reasoning.

Judgment affirmed. Rule 84.16(b).

Larry and Gwendolyn BURNS,
Respondents,

v.

Paul A. CHRISTIANSEN, Sr., Appellant.

No. WD 53073.

Missouri Court of Appeals,
Western District.

July 15, 1997.

R. Gregory Gore, Independence, for appellant.

D. Gregory Stonebarger, James A. Leonard, Stonebarger & Leonard, L.L.C., Kansas City, for respondents.

Before BRECKENRIDGE, P.J., and
SMART and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM:

Paul Christiansen appeals from the trial court's order granting summary judgment in favor of Larry and Gwendolyn Burns in their action to permanently enjoin him from entering upon their property to construct a storm water detention basin on any portion of the lot outside of a fifteen-foot wide utility easement across the center of the lot. On appeal, Mr. Christiansen claims that the trial court erred in permanently enjoining him from entering and constructing on the back portion of the Burns' lot because the plat unambiguously provides for a drainage easement there. The trial court did not err in finding that the plat was ambiguous and in granting the benefit of that ambiguity to the free and unrestricted use of the land.

The judgment of the trial court is affirmed. Rule 84.16(b).